MILES E. GRIFFITHS, Appellant, *v.* THE NEW JERSEY AND NEW YORK RAILROAD COMPANY, Respondent.

*Griffiths v. N. J. & N. Y. R. R. Co.*, 8 Misc. Rep. 3, affirmed.
(Argued April 27, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made April 11, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint upon the trial, and also affirmed an order denying plaintiff's motion for a new trial upon the minutes.

*Henry H. Whitman* for appellant.

*Robert Thorne* and *De Forest Brothers* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.